# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| MOUNISH DAVENPORT | : | |
|---|---|---|
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, | : | Case No.: 3:21-cv-00132-CWR-LGI |
| Defendant. | : | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7(c) of the Local Uniform Civil Rules of the United States District Court for the Southern District of Mississippi, Defendant American Bankers Insurance Company of Florida, Inc., submits the following:

1. American Bankers Insurance Company of Florida, Inc., is a member of and wholly owned by Assurant, Inc.

2. Assurant, Inc., is a publicly traded holding company and not an insurer that indirectly owns 100% of American Bankers Insurance Company of Florida, Inc.

Respectfully submitted, this the 16th day of June, 2021.

**AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, INC.**

By: *s/ Walter D. Willson*
    Walter D. Willson (MSB No. 7291)

1

5033751v.1

OF COUNSEL:

Walter D. Willson, Esquire
**Wells Marble & Hurst, PLLC**
Post Office Box 131
Jackson, MS 39201-0131
300 Concourse Blvd., Suite 200
Ridgeland, MS 39157
Phone: (601) 605-6900
Fax: (601) 605-6901
wwillson@wellsmarble.com

Craig Russell Blackman, Esquire (*pro hac vice*)
**Stradley Ronon Stevens & Young, LLP**
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
Phone:   (215) 564-8000
Fax:   (215) 564-8120
cblackman@stradley.com

*Attorneys for Defendant, American Bankers Insurance Company of Florida, Inc.*